# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

RONNIE MONEY COLEMAN,

    Plaintiff

v.

DENNIS HOMAN,

    Defendant

Case No.: 3:19-cv-00754-JAD-CLB

**Order Denying Motion and Striking Complaint Filed in Violation of Stay Order**

[ECF Nos. 6, 8]

    On October 7, 2020, I issued a screening order on the complaint and stayed the case.[1] The screening order explicitly stated that, during the stay, no other pleadings or papers may be filed in this case.[2] On November 16, 2020, Plaintiff filed an amended complaint[3] in violation of the stay. On November 20, 2020, in violation of the stay, he filed a motion to amend the complaint.[4]

    In order to expeditiously move through the initial screening process and the inmate-mediation program, I strike Plaintiff's amended complaint that was filed in violation of this Court's order, and I deny his motion to amend the complaint. If Plaintiff wishes to move to amend the complaint, he must wait until the Court issues an order lifting the stay.

    IT IS THEREFORE ORDERED that the Clerk of the Court is directed to **STRIKE the amended complaint (ECF No. 6) from the docket.**

    It is further ordered that the motion to amend the complaint **(ECF No. 8) is DENIED**.

---

[1] ECF No. 3 at 8.
[2] *Id.*
[3] ECF No. 6.
[4] ECF No. 8.

It is further ordered that the stay will remain in effect until the Court lifts the stay, and the parties MUST comply with that stay as ordered by the Court.

Dated: December 8, 2020

_____
U.S. District Judge