1 RONNIE MONEY COLEMAN #1039597
2 ELY STATE PRISON
3 P.O. BOX 1989
4 ELY, NEVADA 89301
5
6           UNITED STATES DISTRICT COURT
7                DISTRICT OF NEVADA
8
9 RONNIE MONEY COLEMAN,    Case No. 3:19-cv-754-JAD-CLB
10           Plaintiff,      EXCUSED ATTENDANCE
11 v.                        OF EARLY MEDIATION
12 DENNIS HOMAN, et al.,
13           Defendants.
14
15      Plaintiff who is in physical custody of Nevada Department of
16 Corrections, (NDOC) in Pro se, Pursuant 42 USC §1983 action
17 file, "EXCUSED ATTENDANCE OF EARLY MEDIATION."
18      Plaintiff does not desire to attend the Early
19 Mediation unless/intil Case No. 3:17-cv-649-MMD-WGC is
20 settled. If settlement occurrs more then a week before the
21 scheduled early mediation Plaintiff will file to attend.
22      If such does not occurr Plaintiff stands on excused.
23 Respectfully Submitted to the Court on the 9th of December
24 2020.
25                              *Ronnie Money Coleman*
26
27
28

# SUBMISSION OF DOCUMENT FOR ELECTRONIC FILING
## To United States District Court, District of Nevada

Inmate Name: Ronnie M Coleman    NDOC ID #: 1039597    Housing Location: 6B 40

United States District Court, District of Nevada Case No. 3:17-CV-649-MMA-WGC

Case Name: Ronnie Money Coleman v. Richard Wulff et al.,

Complete Name of Document to be filed: Joint Pretrial

Total Number of Pages of Document (Including Exhibits): 04

Inmate Signature: Ronnie Money Coleman    Date: 12/8/20.

Receipt of documentation and completed submission of document for electronic filing form acknowledged by:

Law Library Supervisor/ Designee: _____    Date: _____

## DISCREPANCY IN PAGE NUMBERS

(Section **only** to be completed if there is a discrepancy between the "total number of pages (including exhibits)" identified by the inmate above and the actual number of pages contained within the original documents delivered to the Law Library Supervisor/Designee)

** Please be advised that in scanning the original document a discrepancy in page numbers was located **

Total number of pages actually received by the Law Library Supervisor/Designee and scanned to the United States District Court, District of Nevada _____

Law Library Supervisor/ Designee: _____    Date: _____

Discrepancy acknowledged by Inmate: _____    Date: _____

## LAW LIBRARY SUPERVISOR NOTES
(Section only to be completed by Law Library Supervisor)

_____
_____
_____
_____

Notice of electronic filing and original document returned to inmate:

Inmate Signature: _____    Date: _____

DOC 1717  (04/2020)

```
1  RONNIE MONEY COLEMAN
2  PO BOX 1989
3  ELY, NEVADA 89301
4  #1039597
5
```

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| RONNIE MONEY COLEMAN, | Case No. 3:17-cv-00649-MMD-WGC |
| Plaintiff, | JOINT PRETRIAL |
| v. | |
| RICHARD WULFF, et al., | |
| Defendants. | |

Plaintiff who is in NDOC custody comes in pursuant Pro se in a 42 USC § 1983 action to establish an "Joint Pretrial."

## I. JOINT PRETRIAL PROPOSAL

Joint Pretrial Proposal No. 1:

Plaintiff propose Richard Wulff to be subpoena and on the witness list for trial.

Joint Pretrial Proposal No. 2:

Plaintiff propose Patrick Moreda to be subpoena and on the witness list for trial.

Joint Pretrial Proposal No. 3:

Plaint propose Noreen Borino to be subpoena and on the witness list for trial.

Joint Pretrial Proposal No. 4:

1  Plaintiff Propose the Unit 3 Prison guards at HDSP that
2  worked on 9-22-16 and 9- -16, to be subpoena for
3  trial and placed on the witness list. One is Correctional
4  officer Latrell.
5      Joint Pretrial Proposal No. 5:
6      Plaintiff Propose Teodoro Manalang / medical Personnel at
7  High Desert State Prison (HDSP) to be subpoena and placed on the
8  witness list for Trial.
9      Joint Pretrial Proposal No. 6:
10     Plaintiff Propose Jonathan Jaksha to be subpoena for trial
11 and placed on the witness list.
12     Joint Pretrial Proposal No. 7:
13     Plaintiff Propose D. Peret (RN), to be subpoena for trial
14 and on the witness list for trial.
15     Joint Pretrial Proposal No. 8:
16     ~~Plaintiff propose for C. Martin~~
17     Plaintiff Propose for C. Martin to be subpoena for trial
18 and placed on the trial witness list.
19     Joint Pretrial Proposal No. 9:
20     Plaintiff Propose Plaintiffs' medical file be marked
21 as trial exhibits dating from August 04, 2016 through
22 July 2017, concerning Plaintiffs' hand.
23     Joint Pretrial Order No. 10:
24     Plaintiff Propose Levelle Lowe reversal inquiry
25 statement of the medical expenses of the incident charged
26 to him to be marked as trial exhibits.
27     Joint Pretrial No. 11, Proposal:
28     Plaintiff Propose Jonathan Rivera be subpoena

for trial and added towards the witness list.

Joint Pretrial Proposal No.12:
Plaintiff Propose to be given stock jury instructions on deliberate indifference weeks prior to trial.

Joint Pretrial Proposal No.13:
Plaintiff Propose a trial by jury.

Joint Pretrial Proposal No.14:
Plaintiff request NDOC insurance company invoice statement and payment of the medical expense of Plaintiff hand, to be marked as trial exhibits.

Joint Pretrial Proposal No.15:
Plaintiff request the Hospital that did Plaintiffs hand surgery invoice statement of payment from the insurance company of NDOC and NDOC invoice of payment to be marked as trial exhibits.

Joint Pretrial Proposal No.16:
Plaintiff request all Plaintiffs' grievances concerning Plaintiffs' hand be marked as trial exhibits.

Conclusion

Plaintiff now waits for DAG to draft there Pretrial Proposal in effort to joint them and sign off on

Dated this 9th, of December 2020.

Ronnie Money Coleman

Ronnie M. Coleman
P.O. Box 1989
Ely, Nv. 89301

08th, Dec. 2020

Office of the Attorney General
~ Mary Martin ~

Case no.
3:17-cv-649-MMD-WGC

Ms. Martin:

The court has order us to create a joint pretrial order. Here is what I have to have a fluid trial.

Also though Production of Documents is pass my prior request was priorly asked timely and your establishment refuse to produce. I will be laying out such in a motion soon.

Respectfully Submitted
09~~08th~~, of Dec. 2020.

Ronnie Money Coleman