UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| RONNIE MONEY COLEMAN,<br><br>Plaintiff,<br><br>v.<br><br>DENNIS HOMAN, et al.,<br><br>Defendants. | Case No. 3:19-CV-0754-JAD-CLB<br><br>**ORDER** |

     Plaintiff, Ronnie Money Coleman - Inmate #1039597, is a frequent litigator in this court.  Since 2015, plaintiff has filed no fewer than five civil rights actions in this court. Plaintiff has attended multiple inmate mediations in civil rights cases (3:15-CV-583, 3:17-CV-0649, & 3:19-CV-0108).  Plaintiff has now asked that he be excused from mediation in this case until and unless his case no. 3:17-CV-0649-MMD-WGC is settled (ECF No. 12).  Plaintiff motion is **GRANTED** (ECF No. 12).

     The court has reviewed this particular case and, while not opining on the merits, has determined that it shall be excluded from the inmate mediation program in order to preserve the court's limited resources.  An order granting *in forma pauperis* shall issue and this case shall proceed on the normal litigation track.  The parties are free to privately discuss settlement if they so choose.

**DATED**: December 11, 2020.

_____
**UNITED STATES MAGISTRATE JUDGE**