# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| RONNIE MONEY COLEMAN,<br><br>　　　　Plaintiff,<br><br>v.<br><br>DENNIS HOMAN, *et al.*,<br><br>　　　　Defendants. | CASE No. 3:19-cv-00754-ART-CLB<br><br>**ORDER GRANTING**<br><br>**STIPULATION FOR DISMISSAL WITH PREJUDICE** |

Plaintiff, Ronnie Money Coleman, in pro se, and Defendants, by and through counsel, Aaron D. Ford, Attorney General of the State of Nevada, and Douglas R. Rands, Senior Deputy Attorney General, hereby stipulate that the above-captioned action should be dismissed with prejudice by order of this Court, with each party to bear their own costs.

DATED this 23rd day of March 2023.

*[signature]*
RONNIE MONEY COLEMAN
*Plaintiff*

IT IS SO ORDERED.

DATE: May 11, 2023.

DATED this 11th day of May 2023

AARON D. FORD
Attorney General

By: /s/ Douglas R. Rands
DOUGLAS R. RANDS, Bar No. 3572
Senior Deputy Attorney General
*Attorneys for Defendants*

*[signature]*
Anne R. Traum
United States District Court Judge

1